DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1031

[September 7, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 00-1857 CFB.

Ana M. Davide of Ana M. Davide, P.A., Coral Gables, for appellant.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***